UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

CIVIL ACTION NO. 7:15-32

ROBERT MCCOY,                                                                              PLAINTIFF

v.                              **OPINION AND ORDER**

GEICO GENERAL INSURANCE COMPANY,                                          DEFENDANT

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the plaintiff's motion to remand this matter to Floyd Circuit Court. The defendant removed the matter asserting that this Court has jurisdiction under 28 U.S.C. § 1332(a). That statute grants the Court jurisdiction over disputes between citizens of different states where the amount in controversy exceeds $75,000. In its notice of removal, the defendant asserted that it had a reasonable belief that the amount in controversy exceeds $75,000. The plaintiff moves to remand asserting that he intends to claim damages of only $6,911.61 plus interest, costs, and attorney's fees. The defendant has filed no objection to the motion. Accordingly, the Court hereby ORDERS that the plaintiff's motion to remand (DE 5) is GRANTED and this matter is REMANDED to Floyd Circuit Court.

Dated June 5, 2015.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY